IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00259–EWN

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  ROBERT CALVIN TWIDDY,

   Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

   This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **August 13, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

   **ORDERED** that the deadline for filing all motions is July 13, 2007.  All responses shall be filed by July 20, 2007.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

   **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Friday, **August 3, 2007**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, August 1, 2007.

Dated: June 13, 2007