IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No. 07-cr-00259-EWN**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1.  ROBERT CALVIN TWIDDY,**

    **Defendant.**

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Material To Defendants, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to defendant and his attorney; that the defense attorney

-2-

shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 12th day of July, 2007.

BY THE COURT:

s/ Edward W. Nottingham
JUDGE EDWARD W. NOTTINGHAM
CHIEF U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO