IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: October 11, 2007

Criminal Action No. 07-cr-00259-EWN

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT CALVIN TWIDDY,

    Defendant.

*Counsel:*

Linda McMahan and Pegeen Rhyne

Edward Pluss and Susan Fisch

---

## COURTROOM MINUTES

**Motions Hearing**

**9:06 a.m.**   Court in session.

Appearances of counsel. Also seated at Government's table is Special Agent Justin Ratley.

Counsel confirm that they will present evidence regarding motion to suppress statements, #26.

**9:09 a.m.**   Government's witness, Jon Altman, called and sworn.

Direct examination by Ms. Rhyne.

*Exhibits Identified: 1, 2, 3, 4*

*Exhibits Received: 1, 2, 3, 4*

*Courtroom Minutes*
*07-cr-00259-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 4*

**9:39 a.m.**  Cross examination by Ms. Fisch.

**10:12 a.m.**  Court in recess.

**10:35 a.m.**  Court in session.

Continued cross examination by Ms. Fisch.

**10:41 a.m.**  Re-direct examination by Ms. Rhyne.

**10:43 a.m.**  Witness is excused.

**10:43 a.m.**  Government's witness, Jeffrey Huston, called and sworn.

Direct examination by Ms. McMahan.

**11:27 a.m.**  Cross examination by Mr. Pluss.

*Exhibit Identified: A-5*

*Exhibit Received: A-5*

**11:44 a.m.**  Court in recess.

**1:37 p.m.**  Court in session.

Government's witness, Jeffrey Huston, resumes witness stand.

Continued cross examination by Mr. Pluss.

**2:03 p.m.**  Witness is excused.

**2:04 p.m.**  Government's witness, Justin Ratley, called and sworn.

Ms. McMahan requests that the court take judicial notice of the Pre-trial Services Report. Discussion regarding same. Court takes judicial notice.

Direct examination by Ms. McMahan.

*Courtroom Minutes*
*07-cr-00259-EWN*
*Chief Judge Edward W. Nottingham*
*Page 3 of 4*

**2:08 p.m.**     Witness is excused.

Ms. McMahan states that Government has no further witnesses.

**2:08 p.m.**     Defendant's witness, Blake Hamilton, called.

Ms. McMahan objects. Proffer by Mr. Pluss. Court will allow witness to testify.

**2:11 p.m.**     Defendant's witness, Blake Hamilton, sworn.

Direct examination by Mr. Pluss.

*Exhibit Identified: A-6*

**2:20 p.m.**     Cross examination by Ms. McMahan.

**2:22 p.m.**     Witness is excused.

Mr. Pluss states that Defendant has no further evidence.

Court will take this motion, #26, as well as motion for alternative to live in court testimony, #39, under advisement. Court will also take the motion for appointment of guardian ad litem, #35, under advisement.

Discussion regarding the motion for disclosure of 404(b) evidence, #25.

Court's findings.

**ORDERED:   1.     Defendant's Motion for Pretrial Notice of Rule 404(b) Evidence (#25, filed July 12, 2007) is GRANTED. Government shall furnish Rule 404(b) evidence within the next thirty days.**

Discussion regarding the motion for discovery, #27.

Court's findings.

*Courtroom Minutes*
*07-cr-00259-EWN*
*Chief Judge Edward W. Nottingham*
*Page 4 of 4*

**ORDERED: 2.**   Defendant's Motion for Discovery (#27, filed July 12, 2007) is GRANTED in part and DENIED in part. It is GRANTED as to production of statements by Caitlin Twiddy to which the Government has access and over which it has possession, custody, or control, and as to the request for Brady material. It is DENIED as to the request for a list of witnesses, the request for rough notes, although the Government shall preserve those notes, and production of CID policy or procedure manuals.

**ORDERED: 3.**   Defendant's Motion for Discovery Relating to Expert Opinion Testimony (#28, filed July 12, 2007) is GRANTED. Court reserves ruling on a deadline.

Court will notify counsel if a further hearing is needed.

**2:30 p.m.**   Court in recess.

Hearing concluded.

Total time: 03:08