IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00259–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT CALVIN TWIDDY,

    Defendant.

---

**ORDER APPOINTING GUARDIAN AD LITEM**

---

This matter is before the court on the Government's "Motion for Appointment of Guardian Ad Litem for Minor Victim Pursuant to Title 18, United States Code, Section 3509(h)," filed July 18, 2007. The court held a hearing on October 11, 2007 on this matter, in conjunction with the defendant's suppression motions and other Government motions, and took this matter under advisement. Upon consideration of the motion and the defendant's response, I hereby ORDER as follows:

1. The Government's motion (#35) for appointment of guardian ad litem for minor victim under 18 U.S.C. § 3509(h) is GRANTED.

2. The court, under the authority granted by 18 U.S.C. § 3509(h), hereby appoints Mr. Scott Poland to serve as the guardian ad litem for the minor victim referred to

-1-

in the Government's motion. The court finds Mr. Poland is a suitable and appropriate counsel to serve as a guardian ad litem in this case, considering his experience in the field as well as his federal court experience as a Criminal Justice Act panel attorney. The appointment shall apply to representation of the minor victim's interests in this case only.

3. Mr. Poland shall represent the child's best interests in all proceedings until completion of the case, and shall include all the duties, responsibilities and immunities set forth under the statute. *See* 18 U.S.C.A. § 3509(h)(1)-(3) (West 2007).

4. Pursuant to 18 U.S.C. § 3509(h) the court, through the office of the clerk, shall provide Mr. Poland with reasonable compensation and payment for his expenses, to be paid from the court's operating funds. Mr. Poland shall be paid at the rate of $94.00 per hour, the standard rate for a Criminal Justice Act panel attorney. He is to provide a statement of billing for services rendered upon resolution of his services, not to exceed $5,000.00 as a total amount.

Dated this 14th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge