UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 07-cr-00259-EWN | FTR CBS PM |
| December 4, 2007 | |
| UNITED STATES OF AMERICA | Linda McMahan |
| v. | |
| ROBERT CALVIN TWIDDY | Ed Pluss |

### EVIDENTIARY HEARING AND MOTION HEARING

Court in session:1:06pm

Court calls case and appearances of counsel.

Robert Ford appears from probation.

Motion [56] pending.

Lisa Hilbig tenders records to the court. Copies given to government and defense.

Defense calls witness Lisa Hilbig to the stand. Witness sworn.

Defense proceeds to direct examination.

Government proceeds to cross examination.

Witness excused.

Discussion with parties.

Government proceeds to argument.

Defense proceeds with response.

Court presents ruling.

**ORDERED:** Motion [56] is DENIED.

**ORDERED:** Defendant 's bond is continued.

Court in recess: 2:40pm

Total Time: 1 hour 34 minutes

Hearing concluded.