# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Probation**) |
| v. | Case Number:  07-cr-00259-KMT-01 |
|  | USM Number:  35087-013 |
| ROBERT CALVIN TWIDDY | Edward A. Pluss, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Was found guilty of violations 1 and 2.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 04/12/10 |
| 2 | Violation of the Law | 04/12/10 |

  The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

  It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 5, 2011
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judge

January 10, 2011
Date

DEFENDANT:  ROBERT CALVIN TWIDDY
CASE NUMBER:  07-cr-00259-KMT-01                                                                  Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months as to each count concurrent.  No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons credit the defendant with 48 days in official detention prior to sentencing.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before 12:00 p.m. on or before February 9, 2011.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  ROBERT CALVIN TWIDDY
CASE NUMBER:  07-cr-00259-KMT-01                                                     Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $0.00 | $0.00 |
| 2 | $25.00 | $0.00 | $0.00 |
| 3 | $25.00 | $0.00 | $0.00 |
| **TOTALS** | $75.00 | $0.00 | $0.00 |

DEFENDANT:  ROBERT CALVIN TWIDDY
CASE NUMBER:  07-cr-00259-KMT-01                                                                Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The special assessment fee is payable immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) penalties.